**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: August 20, 2025 | DC Docket #: 20-cv-01281 |
| Docket #: 25-901 | DC Court: NDNY (ALBANY) |
| Short Title: Akima Global Services, LLC v. Yeend | DC Judge: Trial Judge - Anne M. Nardacci |

### AMENDED NOTICE OF MOTION PLACED ON THE CALENDAR

A Rule 23(f) Petition for Leave to Appeal filed in the above-referenced case has been added as an **argued** case to the substantive motions calendar for Tuesday, September 2, 2025 at 2:00pm. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 17th floor, Room 1705.

Inquiries regarding this case may be directed to 212-857-8595.